BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ESTIGOY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00694 HRL |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING BAIL REVIEW HEARING |
| vs. ) | |
| ) MICHAEL ESTIGOY, ) | |
| ) Defendant. ) | |

## STIPULATION

Defendant Michael Estigoy, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Daniel R. Kaleba, hereby stipulate that, subject to the Court's approval, the bail review hearing currently set for Thursday, December 16, 2010, at 1:30 p.m., be continued to Thursday, January 6, 2011, at 1:30 p.m.

The reason for the requested continuance, as set forth in the attached declaration of defense counsel, is that a combination of circumstances, including illness of the defendant, prevented Pretrial Services from having an opportunity to interview Mr. Estigoy and prepare a

Stipulation and [Proposed] Order
No. CR 10-00694 HRL                               1

1 | bail study prior to the December 16, 2010, hearing date.

2 | IT IS SO STIPULATED.

4 | Date:

BARRY J. PORTMAN
Federal Public Defender

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

9 | Date:

MELINDA HAAG
United States Attorney

_____/s/_____
DANIEL R. KALEBA
Assistant United States Attorney

## [~~Proposed~~] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the bail review hearing, currently set for Thursday, December 16, 2010, at 1:30 p.m., shall be continued to Thursday, January 6, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Date: 12/15/10

THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

Stipulation and [Proposed] Order
No. CR 10-00694 HRL               2